# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00328-RJC-DSC

| | |
|---|---|
| AMBROSE CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| FEDEX FREIGHT, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion to Select Panel of Mediator Candidates" (document #23).

On May 16, 2018, through the Court's PSAP program, pro se Plaintiff was appointed a volunteer attorney to assist him during the mediated settlement conference. See document #21.

On May 30, 2018, the parties filed a Designation of Mediator designating Angelique R. Vincent-Hamacher to mediate their dispute. See document #22. The Court is satisfied that Ms. Vincent-Hamacher will ably fulfill her role as mediator in this matter.

For those reasons, Plaintiff's "Motion to Select Panel of Mediator Candidates" (document #23) is denied.

The Clerk is directed to send copies of this Order to pro se Plaintiff, counsel for Defendant, and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: July 2, 2018

David S. Cayer
United States Magistrate Judge