# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00328-RJC-DSC

| | |
|---|---|
| AMBROSE CLARK,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FEDEX FREIGHT, INC.,  )<br>)<br>Defendant.  ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Consent Motion to Extend … Deadlines …" (document #47).

The Motion is <u>granted in part</u> and <u>denied in part</u>. The discovery deadline is extended to October 14, 2019. The mediation deadline is extended to October 21, 2019. Otherwise, the Motion is <u>denied</u>.

The Clerk is directed to send copies of the parties' counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 1, 2019

David S. Cayer
United States Magistrate Judge