# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00328-RJC-DSC

| | |
|---|---|
| AMBROSE CLARK, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| FEDEX FREIGHT INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on "Defendant's Motion to Preclude Testimony or Evidence Produced [or in the alternative, extend discovery and dispositive motions deadlines]" (document #50).

For the reasons stated in Plaintiff's brief, Defendant's Motion is <u>granted in part</u> and <u>denied in part</u>. The discovery deadline is extended to November 15, 2019 for the limited purpose of Defendant deposing Charles Branish at a mutually convenient time. The dispositive motions deadline is extended to November 30, 2019. Otherwise, the Motion is <u>denied</u>.

The Clerk is directed to send copies of this Order to the parties' counsel and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: October 29, 2019

David S. Cayer
United States Magistrate Judge