UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00328-RJC-DSC

| AMBROSE CLARK, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| FEDEX FREIGHT, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

**THIS MATTER** comes before the Court on its own motion.

**IT IS HEREBY ORDERED THAT** the trial of this matter, including all related deadlines, (Doc. No. 45: Pretrial Order at 5-10), is stayed pending the Court's ruling on Defendant's Motion for Summary Judgment, (Doc. No. 56). The Court will set a new trial date upon ruling on the pending motion.

Signed: January 28, 2020

*[Signature: Robert J. Conrad, Jr.]*

Robert J. Conrad, Jr.
United States District Judge

1